IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A MAROON HONDA ELEMENT BEARING PENNSYLVANIA LICENSE PLATE MRF2419, VIN NUMBER 5J6YH189X7L010381 | Case No. 25-mj-1952 <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF AN
### APPLICATION FOR A SEARCH WARRANT

I, Special Agent Franklin Fernandez, with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117 to authorize the installation and monitoring of a tracking device on a maroon Honda Element, bearing Pennsylvania license plate MRF2419, with vehicle identification number 5J6YH189X7L010381 (the "**SUBJECT VEHICLE**"). Based on the facts set forth in this affidavit, I believe that the **SUBJECT VEHICLE** is presently being used in furtherance of violations of 18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license), 18 U.S.C. § 924(a)(1)(A) (false statement to a federal firearms licensee), 18 U.S.C. § 922(o) (transfer or possession of a machine gun), 18 U.S.C. § 933 (trafficking in firearms), 18 U.S.C. § 922(d) (transferring firearms in furtherance of a felony), 18 U.S.C. § 932 (straw purchasing of firearms), 21 U.S.C. § 846 (conspiracy to distribute a controlled substance); 21 U.S.C. § 841(a)(1) (distribution of and possession with intent to distribute a controlled substance); 21 U.S.C. § 843(b) (using a communication facility to cause or facilitate the commission of narcotics trafficking offenses), and 18 U.S.C. § 371 (conspiracy), and that there is probable cause to believe that the installation of a tracking device on the **SUBJECT VEHICLE** and use of the

1

tracking device will lead to evidence, fruits, and instrumentalities of the aforementioned crimes as well as to the identification of individuals who are engaged in the commission of those and related crimes.

2.      I am a Special Agent with the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. Prior to ATF, I worked for approximately four years as a criminal investigator with the Naval Criminal Investigative Service (NCIS) in Virginia Beach, Virginia, and was responsible for felony level investigations that involved the United States Navy and Marine Corps. Among the cases I investigated while at NCIS, I was focused on death cases, sexual assault cases, physical threat cases and theft of United States government property cases.  I am currently assigned to ATF Philadelphia Group III, whose primary responsibilities include investigating violent crime as well as individuals or groups who commit violations of federal laws in Philadelphia, Pennsylvania. I have successfully completed the Criminal Investigator Training program (CITP) as well as the ATF Special Agent Basic Training program (SABT). As a result of my training and experience, and that of other investigators, I am familiar with investigations involving violations of Federal and local firearms and narcotics laws.  During my law enforcement career, I have investigated an array of complex federal and state crimes. In these investigations, I have been involved in the application for and execution of numerous arrest and search warrants related to the above-mentioned criminal offenses. My law enforcement experience has included numerous investigations of violent crime, firearm and drug-related offenses resulting in the seizure of various controlled substances and firearms. These investigations have resulted in the arrest and successful prosecution of individuals who have committed violations of federal law, including but not limited to firearms offenses and narcotics trafficking. Through my training and experience, I am also

familiar with the actions, habits, traits, methods, and terminology utilized by violent criminal offenders.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all my knowledge about this matter.

## CASE BACKGROUND

4.     In November 2022, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") began a firearms and narcotics related criminal investigation that currently focuses on the Drug Trafficking Organization[1] ("DTO") Low Key Music ("LKM"). LKM primarily operates in the Kensington area of Philadelphia, Pennsylvania. The Drug Enforcement Administration ("DEA") and the United States Postal Inspection Service ("USPIS") are also active participants in this investigation. This investigation pertains to possible violations of the above-referenced crime, which have been and are being committed by Anthony DELEON MEDINA, Jerry RIVERA, Joxsan TORRES-AYALA,  Luis CARBRERA AYALA, Mark RIVERA, Julio RODRIGUEZ ALGERIN and others known and unknown.

5.     In November 2022, agents reviewed a Philadelphia Police Department ("PPD") report wherein PPD officers located a male suffering from multiple gunshot wounds throughout his body. The male, later identified as Angel Santos, was transported to Temple University Hospital where he succumbed to his injuries. While investigating the incident, PPD recovered a

---

[1] As defined by the Department of Justice ("DOJ"), drug trafficking organizations ("DTOs") are complex organizations with highly defined command-and-control structures that produce, transport, and/or distribute large quantities of one or ore illicit drugs.

Century Arms, model Mini Draco, 7.62 caliber semiautomatic pistol bearing serial

number 22PG-1843[2] and a Century Arms, model Mini Draco, 7.62 caliber semiautomatic pistol,

serial number 22PG-5119[3]. ATF determined that both firearms were originally purchased in

Georgia by a confidential source ("CS-1") prior to CS-1 agreeing to cooperate with law

enforcement.

6.    ATF investigators determined that from May 18, 2018, to October 20, 2022, CS-

1[4] had purchased, prior to his/her cooperation, approximately 45 firearms of which

approximately ten of these firearms have been recovered by law enforcement. The approximate

"Time to Recovery[5]" of these firearms by law enforcement was between 31 and 532 days.

7.    Four of these ten firearms were recovered in Philadelphia, Pennsylvania, within

approximately 31, 39, 39, and 72 days respectively of their purchase by CS-1 in South Carolina

and Georgia. Specifically, three (3) Century Arms Mini Draco 7.62 caliber pistols purchased by

CS-1 were recovered in the Kensington neighborhood by PPD in two separate incidents

occurring in October of 2022.  A fourth firearm purchased by CS-1 was recovered in

---

[2] The Century Arms, model Mini Draco, 7.62 caliber semiautomatic pistol bearing serial number 22PG-1843, was originally purchased by CS-1 on 8/29/2022 in GA and recovered on 10/7/2022 in Philadelphia, PA with a 39-day time to recovery.

[3] The Century Arms, model Mini Draco, 7.62 caliber semiautomatic pistol, serial number 22PG-5119, was originally purchased by CS-1 on 9/2/2022 in GA and recovered on 10/24/2022 in Philadelphia, PA with a 52-day time to recovery.

[4] CS-1 is currently signed up as an informant with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and has been cooperating for months. CS-1's information has been vetted and information provided to investigators has been corroborated by law enforcement. CS-1 is currently facing federal charges for narcotics trafficking and related offenses. CS-1 is cooperating in the hope of receiving charging and/or sentencing consideration in connection with his/her crimes.  In addition, CS-1 has been paid, in the form of reimbursements for his/her expenses, for his/her involvement in this investigation.

[5]  "Time to Recovery" is a term used by investigators which counts the number of days from when a firearm is purchased at an FFL or stolen, until the day it is recovered in a crime by a law enforcement agency.

Philadelphia in December of 2022. Five additional firearms were recovered in the state of Georgia within approximately 35, 88, 150, 331, and 532 days respectively from their purchase by CS-1 in Georgia.  Most recently, a firearm was recovered in Aiken, South Carolina on January 17, 2023, approximately 89 days after it was purchased by CS-1 in Georgia.

## DRUG TRAFFICKING ORGANIZATION HIERACHY

8.    In April 2023, CS-1 was interviewed and admitted to investigators that he/she straw purchased[6] and transported firearms at the direction of LKM leader Joxsan TORRES AYALA (AKA "K/Koala"). Approximately 20-25 of the firearms mentioned above were provided to TORRES AYALA in Philadelphia, Pennsylvania. TORRES AYALA then provided the firearms to his associates, who are also members of LKM. CS-1 stated he/she also transported multiple machine gun conversion devices[7] to TORRES AYALA in Philadelphia.

9.    In June 2023, CS-1 identified Joxsan TORRES AYALA as the head of the LKM organization and identified other members and associates.  CS-1 stated TORRES AYALA lives in Florida but makes occasional trips to the Philadelphia area to manage LKM and retrieve and transport the proceeds of LKM's illicit narcotics proceeds to Florida.  CS-1 reported that the DTO is a source of various illicit narcotics, most notably fentanyl.

---

[6] A straw purchaser, as used by the Bureau of Alcohol, Tobacco, Firearms and Explosives, involves someone who purchases a gun from a Federal Firearms Licensee (FFL) and falsely purports to be the actual purchaser when in reality is purchasing the firearm for another individual. Straw purchasing involves making false statements to an FFL and is a violation of federal law.

[7] A machinegun conversion device is an accessory that can be affixed to a pistol that, when installed, allows semiautomatic pistols to fire in an automatic capacity. Most machinegun conversion devices protrude from the pistol's backplate; however, some allow the pistol's backplate to remain flush with the back of the gun. There are numerous slang terms used to reference machinegun conversion devices, such as "Glock switch", "switch", "turkey butt", and "button". Other terms exist, as do variations of the aforementioned terms.

10.    CS-1 identified a single unmarked Commonwealth of Pennsylvania photograph of Luis CABRERA AYALA (AKA "CHIVA") as the brother of TORRES AYALA and manager of the illicit narcotics operation in Philadelphia in TORRES AYALA's absence.  CS-1 identified Luis CABRERA AYALA as one of at least four people he/she knew to package bulk narcotics for resale for LKM.

11.    CS-1 identified a single image photograph of Anthony DELEON MEDINA (AKA "BLANCO") as a high-ranking member of TORRES AYALA's drug trafficking organization.  CS-1 reported DELEON MEDINA is one of at least four people he/she knew to package bulk narcotics for LKM.  CS-1 also identified a 2014 grey Jeep Grand Cherokee bearing Pennsylvania registration LYE-1168 parked in the rear of 2823 Rhawn Street as DELEON MEDINA's vehicle at that time. BMV checks of this vehicle show the registered owner as Fiarra RIVERA HERNANDEZ, 2823 Rhawn Street, Philadelphia, Pennsylvania.

## LKM DTO's USE OF THE UNITED STATES POSTAL SERVICE (USPS) FOR NARCOTICS SHIPPING TO DELEON MEDINA'S ADDRESS

12.    In March of 2023, ATF investigators believed the LKM DTO was potentially shipping firearms components and narcotics through the USPS and subsequently requested assistance from the United States Postal Inspection Service ("USPIS"). ATF agents provided USPIS with addresses associated to the targets of this investigation who applied methods of their training, knowledge and experience and used their internal databases to identify and link suspicious parcels that likely contained narcotics. USPIS inspectors intercepted three of these parcels and obtained search warrants to search the contents. All three parcels contained narcotics. USPIS inspectors, in part, continued to link additional addresses from these seizures.

Based on my training and experience in this investigation I am aware that certain packages mailed through the USPS are able to be remotely tracked for updated information on a package's location. The USPS tracking system is dependent upon use of the internet on a computer, cellular telephone or similar electronic device. I am also aware from this investigation that USPS's package tracking system has the means to identify what, if any, internet protocol (IP) addresses are tracking a specific package.

      a.    Regarding 2823 Rhawn Street, Philadelphia, Pennsylvania, from April 25, 2022, to August 15, 2023, USPIS identified eighteen suspicious parcels, with weights ranging from one pound to forty-one pounds. Fifteen parcels were shipped from Puerto Rico to 2823 Rhawn Street, two parcels were shipped from California to 2823 Rhawn Street, and one parcel was shipped from Texas to Rhawn Street.

13.    More specifically, USPIS inspectors identified a suspicious Priority Mail parcel out for delivery to 2823 Rhawn Street. On August 17, 2023, USPIS and ATF personnel conducted surveillance of the delivery of USPS Priority Mail parcel with tracking number 9505 5111 5959 3227 0797 00.  The parcel was addressed to "Raul Ortiz 2823 Rhawn St. Philadelphia, PA 19152", with a return address of "Jose Guzman HC-7 Box 35828 Caguas, P.R. 00725".  The parcel was mailed from Caguas, Puerto Rico on August 15, 2023, and weighed approximately 4 pounds 7.5 ounces. On August 17, 2023, a USPS mail carrier was observed approaching the front door of the residence at 2823 Rhawn Street carrying a USPS parcel. The USPS mail carrier knocked on the door, but there was no answer. After approximately one minute, the USPS mail carrier left a delivery notice slip in the mailbox, then returned to the USPS vehicle with the parcel and left the area.  A few minutes later, surveillance personnel observed a Hispanic male, who appeared to be DELEON MEDINA, exit the front door of the residence and retrieve

something from the mailbox. The male was observed looking around the street for a short period of time, before walking to the rear of the residence and entering a white Toyota SUV and driving out of the view of surveillance. Surveillance personnel did not follow the male but were later informed by USPS employees that the male approached the mail carrier on the street and asked if he had a parcel for 2823 Rhawn Street. The male provided the mail carrier with the delivery notice slip left at 2823 Rhawn Street, and the mail carrier gave him the parcel. Upon returning to the area, the male resembling DELEON MEDINA was observed reparking the Toyota SUV in the rear of 2823 Rhawn Street, exiting the vehicle empty handed, and entering the residence.

14. USPIS also identified USPS Priority Mail parcels 9505511408063182518796 addressed to 2823 Rhawn Street and 9505511159583182126069 addressed to 3139 Holly Road, Philadelphia, Pennsylvania. Both of these parcels were tracked by T-Mobile IP address 2607:fb90:cd98:69db:b901:8f3f:1645:1407. USPS parcel 9505511408063182518796 was mailed on July 1, 2023, from Lajas, Puerto Rico, weighed approximately three pounds twelve ounces, and was paid for with cash. It was addressed to "Giovani Diaz 2823 Rhawn Street Philadelphia, PA 19152", and had a return address of "Christian Ramirez HC 7 Box 35324 Caguas, P.R. 00725". Investigation of the parcel, through the United States Postal Service and law enforcement databases, showed the name "Christian Ramirez" is not associated to the return address. Further, a search of United States Postal Service and law enforcement databases showed the name "Giovani Diaz" is not associated to the recipient address. USPS parcel 9505511159583182126069, was mailed on July 1, 2023, from Caguas, Puerto Rico, weighed approximately three pounds fifteen ounces, and was paid for with cash. It was addressed to "Paul Lago 3139 Holly Road, Philadelphia, PA 19154", and had a return address of "Hector Sanchez HC 7 Box 35820 Caguas, P.R. 00725". Investigation of the parcel, through the United States Postal

Service and law enforcement databases, showed the name "Hector Sanchez" is not associated to the return address. Further, a search of United States Postal Service and law enforcement databases showed the name "Paul Lago" is not associated to the recipient address.

15.     On or about March 1, 2024, investigators utilized a DEA Confidential Source ("CS"-2)[2] to obtain approximately one kilogram of fentanyl and approximately a half kilogram of cocaine from Jerry RIVERA. Previously, CS-2 made arrangements with RIVERA to purchase the kilogram of fentanyl and half kilogram of cocaine from RIVERA and agreed to meet on or about March 1, 2024, at the McDonald's Parking Lot located at 2801 Cottman Avenue, Philadelphia, PA. Investigators searched CS-2 and CS-2's vehicle prior to the CS meeting with RIVERA, for contraband with negative results. CS-2 was equipped with an audio and video recording device as well as fake United States currency.

16.     On this date, RIVERA was observed leaving the rear of his residence at 7722 Richard Street carrying a red shopping bag and entering the driver's seat of his vehicle. RIVERA drove to his meeting with CS-2 at the McDonald's at the above location from 7722 Richard Street.

17.     After RIVERA arrived on scene, CS-2 met with RIVERA at the McDonald's parking lot where RIVERA showed CS-2 the quantities of fentanyl and cocaine. Upon this confirmation, at approximately 11:08 a.m., investigators arrested RIVERA without incident inside of CS-2's vehicle. Recovered from CS-2's vehicle was a red Wawa shopping bag, which RIVERA carried from his vehicle into CS-2's vehicle, that contained the suspected fentanyl and cocaine.

---

[2] CS-2 has proven to be reliable in this and other investigations as aspects of his/her information have been independently corroborated by other evidence. CS-2 is currently assisting law enforcement in the expectation of receiving financial compensation. CS-2 does not have a criminal record that includes crimin falsi convictions.

The suspected fentanyl was packaged in one brick shaped plastic wrapped object as well as a smaller oblong rectangular plastic wrapped object. This substance was later field tested and presented positive for the presence of fentanyl and weighed approximately 1,248 grams. The suspected cocaine was wrapped in a vacuum sealed package. This substance was later field tested and presented positive for the presence of cocaine and weighed approximately 569 grams. RIVERA was taken into custody and additional pre-planned steps were set into motion to include the execution of a search warrants of DTO members' vehicles and residences including the search of 2823 Rhawn Street.

### ARREST OF DELEON MEDINA

18.     On March 1, 2024, at approximately 11:54 a.m., investigators conducting surveillance on the then residence of DELON MEDINA, located at 2823 Rhawn Street, observed an individual matching DELON MEDINA's physical description exit from the front door of 2823 Rhawn Street and walk toward the rear parking area. Moments later investigators observed a dark colored Jeep Grand Cherokee, SRT, bearing PA License Plate LYE1168 exit from the driveway area located behind 2823 Rhawn Street and enter onto southbound 8000/7000 Lexington Avenue. Investigators followed the Jeep and as it continued through the McDonald's parking lot where RIVERA had just been arrested. At approximately 12:05 p.m., ATF investigators directed Philadelphia Police Department ("PPD") marked units to stop the Jeep and

it was eventually stopped by PPD at a northbound lane of 2900 Ryan Avenue. DELEON MEDINA was held for investigation and two phones were recovered from him.

### EXECUTION OF A SEARCH WARRANT AT 2823 RHAWN STREET

19.     As illustrated in federal search warrant 24-mj-369-3, pertaining to the search of 2823 Rhawn Street, and which is incorporated by reference herein and was authorized by United

States Magistrate Judge for the Eastern District of Pennsylvania Carol Sandra Moore Wells on February 29, 2024, investigators pre-planned to execute the search warrant of DELON MEDINA's address, located at 2823 Rhawn Street, after RIVERA was in federal custody on narcotics related offenses.

20.    Shortly after RIVERA was in custody and subsequent to DELEON MEDINA's arrest, the search warrant of 2823 Rhawn Street was executed. In summary, investigators recovered the following items from the residence:

a.    Glock, model 19, 9mm pistol, serial number BXPV839

b.    Glock, model 22, 40 caliber pistol, serial number BWHR535, equipped with a machine gun conversion device, loaded with an extended magazine and (3) loaded extended magazines. This firearm was determined by investigators to be originally purchased on June 16, 2022, by Brandon BROOKE in Deland, Florida. BROOKE is the subject of a separate ATF firearms trafficking investigation.

c.    Romarm/Cugir, Micro Draco, 7.62 pistol, serial number PMD-32735

d.    (29) assorted firearm magazines and over 3000 rounds of ammunition

e.    Digital scale, vacuum sealer with vacuum sealer bags

f.    Cash banded with paper tally tabs, known to investigators as a common way to manage narcotics debts and payments

g.    Investigators recovered a 2020 Blue and White Yahama VIN# 5Y4AJ6938LA102489 from the garage of 2823 Rhawn Street.  An NCIC query of the vehicle's VIN revealed it was reported stolen on January 13, 2024, out of

Nesquehoning, Pennsylvania (OCA#20240113M0060).

h.  Hand drawn graffiti with the drug trafficking logo "LKM" scribed on the paper.



i.  Narcotics ledger[3] and paper tally tabs[4]. Three (3) of the tally tabs are marked "tk", which investigators believe to be an abbreviation for "tik tok" stamps on heroin/fentanyl bags.

---

[3] A "narcotics ledger" is a common practice used by drug dealers to show a more complete and overall running tab of daily narcotics sales. Narcotics ledgers are often handwritten full sheets of paper or notebooks but can be found in digital form on cellular devices. Drug dealers commonly use narcotics ledgers as a broader view to track specific narcotics products that are stamped for identification, narcotics debts owed by buyers and locations their product has been sold.
[4] Tally tab to track specific narcotics products that are stamped for identification, narcotics debts owed by buyers and location their product has been sold.



*Narcotics ledger and tally tabs.*

21.    On the same date, investigators advised DELEON MEDINA of his Miranda Rights, DELON MEDINA requested an attorney, and the interview was concluded. DELEON MEDINA was ultimately charged with Theft-Receiving Stolen Property and Prohibited Offensive Weapon in the Commonwealth of Pennsylvania. Investigators searched the contents of DELEON MEDINA's bag and photographed the contents prior to his transport to the Philadelphia Police Department's headquarters before processing. Investigators observed several small carboard clippings containing hand-written notes of an apparent unknown account number

and narcotics tallies. Of specific note to investigators, six (6) of the tally tabs were specifically marked "tik tok". As referenced in below in paragraph 25, investigators recognize "tik tok" as a stamp used to label heroin/fentanyl bags sold by a known associate of the LKM DTO.



*Tally tabs and Social Security Card of Antonny DELON MEDINA.*

22.    For example, a few weeks earlier, on January 26, 2024, an ATF TFO acting in an undercover capacity ("UC") carried out a $2,100 debt payment to Jerry RIVERA for a previous controlled purchase of bulk fentanyl on January 10, 2024. UC inquired with RIVERA to obtain several "bundles" of fentanyl. RIVERA advised an associate would be able to meet with the UC at the McDonald's located by Cottman Avenue and Roosevelt Boulevard in Philadelphia, PA to supply the UC with seven bundles of fentanyl for approximately $500. On the same date, investigators observed the UC arrive in the parking lot of the Four Seasons Diner. Shortly thereafter, investigators observed via the audio and video recording device a Hispanic male later identified as Joel GARCIA enter the front passenger seat of the UC vehicle. The exchange

between the UC and GARCIA was captured via the audio and video recording devices. GARCIA was wearing the same green and black New Balance jacket as "UM2" observed by investigators on January 22, 2024, during surveillance in the vicinity of 1800 E. Wishart Street. This area is located in the Kensington neighborhood of Philadelphia and is known to investigators as being controlled by the DTO LKM. Immediately after the controlled purchase, investigators met with the UC at the predetermined neutral location. Once there, the UC transferred custody to investigators of an unknown quantity of small Ziploc style plastic bags each containing a blue glassine paper insert stamped "Tik Tok" packaged in seven (7) "bundles" of suspected fentanyl which tested presumptive positive for the presence of fentanyl.

## VEHICLE SEARCH WARRANT WITH TRAP[5]

23.    On March 1, 2024, a federal search warrant was executed by ATF and Drug Enforcement Administration (DEA) personnel on 3306 Hartel Avenue – a known narcotics stash house for the LKM DTO. In summary, investigators recovered a Romarm/Cugir, model Draco, 7.62mm caliber semiautomatic pistol bearing serial number: DR-3259-09, suspected bulk and packaged fentanyl, and bulk amounts of new and unused narcotics packaging. A blue, 2012 Honda Pilot bearing Pennsylvania registration LHL-0386 was discovered parked in the driveway behind the residence. Investigators applied for and were granted state search warrant #766040-23-0011-1, to search the Honda. Investigators searched the vehicle and discovered a deep hollow trap, that stretched from the rear center console and forward to just underneath of the dashboard of the vehicle. In sum, investigators recovered a Century Arms International, model VSKA, 7.62 caliber

---

[5] The DEA explains "Traps" are hidden compartments used to smuggle drugs, cash and weapons throughout the United Sates and to and from foreign countries. Years ago, hidden compartments consisted of an empty spare tire in a trunk that was filled with marijuana or cocaine. Drug traffickers have raised the sophistication level of "traps" to an extraordinarily high level. Trafficking groups now purchase fleets of specially chosen vehicle makes and models which will best house their secret compartments. These compartments can be quite small in passenger vehicles to elaborate hydraulic "traps" hidden in tractor trailers and large sport utility vehicles. The traps often cost thousands of dollars to install and require extensive synchronized actions to open the compartments.

weapon made from a rifle, serial number SV7053162 and hundreds of rounds of ammunition.



*\*Trap opening inside of Honda Pilot.*

**PHILADELPHIA POLICE DEPARTMENT TIP**

24.     The investigation into LKM and DELEON MEDINA continued. In April 2025, PPD shared an anonymous tip concerning DELEON MEDINA. The Spanish to English tip translation reads in summary: Antonni DE LEON MEDINA of 2823 Rhawn Street, Philadelphia, Pennsylvania, is always armed and his weapons are illegal. DELEON MEDINA makes narcotics transactions and receives packages in the mail containing narcotics. The tipster continued and said that DELON MEDINA cooks and sells fentanyl from a house in Frankford and takes his earnings to a house in New Jersey. The tipster also stated that DELON MEDINA was involved in several murders in 2022.

**SURVEILLANCE OF SILVER TOYOTA HIGHLANDER**

25.     Continuing surveillance efforts at 2823 Rhawn Street, Philadelphia, Pennsylvania,

showed DELEON MEDINA was operating a grey Toyota Highlander, Pennsylvania license plate MDX2134 on the following dates: 3/22/2025, 3/31/2025, 4/1/2025, 4/7/2025 and 4/14/2025. On additional occasions, I have also observed Shakil PIZARRO LOPEZ, a LKM member known to law enforcement, operate the Toyota on 4/7/2025, 4/8/2025, and 4/14/2025. On 4/8/2025 and 4/23/2025, I observed LKM member RODRIGUEZ ALGERIN operate this same Toyota.

## TOYOTA HIGHLANDER VEHICLE TRACKER INSTALLATION

26.    As illustrated in federal search warrant 25-mj-857, pertaining to the installation of a tracking device on the Toyota Highlander, and which is incorporated by reference herein and was authorized by United States Magistrate Judge for the Eastern District of Pennsylvania Scott W. Reid on May 1, 2025. On May 9, 2025, investigators located the vehicle parked on the street in front of 12570 Nanton Street where they installed the tracker and immediately began monitoring the data. Investigators believe 12570 Nanton Street is currently where DELEON MEDINA is currently residing.

27.    The tracker data revealed a specific pattern of travel to the Queens, New York area being made by the Toyota on May 11, 20, 21, 22 and June 3rd. Due to the training knowledge and experience of investigators coupled by the intimate knowledge of the LKM DTO, investigators believed that this vehicle was involved in narcotics trafficking and the vehicle was outfitted with a trap compartment to conceal controlled substances and/or drug proceeds.

## TRAFFIC STOP OF THE TOYOTA HIGHLANDER

28.    On June 3, 2025, investigators monitoring GPS tracker data noticed that the Toyota was headed northbound on I-95 just north of Philadelphia. Due to the previous tracker patterns noticed, investigators believed the vehicle would again follow this pattern. Investigators from the ATF New York Field Division, were notified and began to conduct mobile surveillance of the

Toyota through lower Manhattan into the Borough of Queens. In summary, at approximately 12:15 p.m. investigators observed the vehicle park in front of 95-24 Waltham Street, Queens, New York and drive off and back onto this block three (3) more times when a male appeared wearing all black and carry a black duffle bag entered the rear driver's side of the Toyota. ATF investigators followed the vehicle to the Belt Parkway across the Verrazano Bridge and continued to follow southbound to the Bensalem area of Pennsylvania on I-95 southbound. A Pennsylvania state Police unmarked and marked units conducted a traffic stop of the Toyota due to illegal window tint on the front two windows and windshield.

29.     PSP applied for and was granted a search warrant for the vehicle. The vehicle was searched and investigators recovered 8 kilograms of suspected cocaine from the hydraulic trap compartment concealer under the rear seat. A field test of the suspected cocaine was conducted, and the test was positive for cocaine base. Investigators also recovered indicia in the name of Luis CABRERA AYALA who is a high ranking LKM member and a federal defendant in the investigation described above. A PSP crime lab later confirmed the results of the narcotics field testing. This lab additionally processed the kilo packaging for fingerprints and determined the fingerprints were a match to RODRIGUEZ ALGERIN. On August 18, 2025, a federal arrest warrant was issued for RODRIGUEZ ALGERIN for a violation of Title 21: 841(a)(1), (b)(1)(A), possession with the intent to distribute 5 kilograms or more of cocaine. On August 19, 2025, ATF agents arrest RODRIGUEZ ALGERIN on the strength of this warrant.



*\*Hydraulic trap located under the rear seat of the Toyota Highlander.*

## SURVEILLANCE OF THE SUBJECT VEHICLE

30.     The **SUBJECT VEHICLE** is registered to high-ranking LKM member DELON MEDINA. Agents first observed DELEON MEDINA operating the **SUBJECT VEHICLE** on April 1, 2025, in the rear alleyway of 2823 Rhawn Street. On April 25, 2025, agents observed LKM member PIZARRO LOPEZ operating the **SUBJECT VEHICLE** in the same alleyway. It is believed DELON MEDINA has since moved to 12570 Nanton Street, agents have since observed him operating the **SUBJECT VEHICLE** in that area as recently as August 25, 2025.

## SUBJECT VEHICLE AND LICENSE PLATE READER DATA

31.     Law enforcement database checks revealed that License Plate Readers ("LPR") captured the **SUBJECT VEHICLE** license plate in New Jersey on the following dates: June 23,

2025. Additionally, LPRs captured the **SUBJECT VEHICLE** license plate in or around the Frankford area of Philadelphia on the following dates: June 19, 2025; July 9, 2025; August 11, 2025; and August 25, 2025. This information is significant in that it corroborates the aforementioned PPD tip that alleged DELON MEDINA "cooks" and sells fentanyl from a house in the Philadelphia area of Frankford and takes his earnings to a house in New Jersey. Additionally, since March of 2025 the **SUBJECT VEHICLE** amassed dozens of LPR reads in the New York Boroughs of the Bronx, Manhattan and Queens. LPR read data on May 9, 2025, June 21, 2025, July 1, 2025 and, most recently September 15, 2025, shows the **SUBJECT VEHICLE** entering these boroughs and leaving a short time later. This, in conjunction with the extensive investigation showing that DELEON MEDINA is a high-ranking member of KLM, establishes probable cause to install and monitor a tracking device on the **SUBJECT VEHICLE**, which DELEON MEDINA uses in his drug trafficking activities. The requested tracking device will assist investigators in identifying locations frequented by DELEON MEDINA and individuals with whom he meets before, during, and after drug transactions, thus helping to identify current co-conspirators and potential stash-house locations, in Frankford and elsewhere.

32.     I know, based on information gathered during this investigation, that the **SUBJECT VEHICLE** has parked on the street multiple times in front of 12570 Nanton Street in Philadelphia, Pennsylvania. I also know the **SUBJECT VEHICLE** has frequently been parked in this area during overnight hours over the course of this investigation indicative of the operator, DELEON MEDINA, residing in the area. Since April of 2025, law enforcement surveillance has repeatedly observed and identified DELEON MEDINA as the driver of the **SUBJECT VEHICLE**. Due to these facts, I believe that the **SUBJECT VEHICLE** is presently within the Eastern District of Pennsylvania.

33.    To track the movement of the **SUBJECT VEHICLE** effectively and to decrease the chance of detection, I seek authorization to place a tracking device on the **SUBJECT VEHICLE** while it is in the Eastern District of Pennsylvania. Because DELEON MEDINA has access to the rear driveway of 12570 Nanton Street, it may be necessary to enter onto private property and/or move the **SUBJECT VEHICLE** to affect the installation, repair, replacement, and removal of the tracking device.

34.    To ensure the safety of the executing officer(s) and to avoid premature disclosure of the investigation, it is requested that the court authorize installation, maintenance, and removal of the tracking device during both daytime and nighttime hours. I seek this authorization because of the daytime visibility of the vehicle's anticipated location, the subject's likely possession of firearms and the fact that the subject appears to use the **SUBJECT VEHICLE** during daylight hours.

35.    In the event the Court grants this application, there will be periodic monitoring of the tracking device during both daytime and nighttime hours for a period not to exceed 45 days following issuance of the warrant.  The tracking device may produce signals from inside private garages or other such locations not open to the public or visual surveillance.

## AUTHORIZATION REQUEST

36.    Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117, that authorizes members of ATF or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device

on the **SUBJECT VEHICLE** within the Eastern District of Pennsylvania within 10 days of the issuance of the proposed warrant, to maintain, repair, and/or replace the tracking device as necessary, and to remove the tracking device from the **SUBJECT VEHICLE** after the use of the tracking device has ended; to install, maintain, and remove the tracking device during both daytime and nighttime hours; to surreptitiously enter private property, in this case 12570 Nanton Street in Philadelphia, Pennsylvania, and/or move the **SUBJECT VEHICLE** as necessary to effect the installation, repair, replacement, and removal of the tracking device; and to monitor the tracking device for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the Eastern District of Pennsylvania.

37.     In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I further request that the warrant delay notification of the execution of the warrant for 30 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705.  Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior.

38.     I further request that the Court seal the warrant and the affidavit and application in support thereof, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of the ATF, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such

investigative or law enforcement officers, as necessary to effectuate the warrant. These documents pertain to and discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation. Sealing these documents will also better ensure the safety of agents and others.

## <u>CONCLUSION</u>

39.    During the course of this investigation law enforcement discovered two vehicles associated with DELON MEDINA, that were equipped with sophisticated traps used to conceal a firearm, hundreds of rounds of ammunition and 8 kilograms of cocaine. I believe DELEON MEDINA is using the **SUBJECT VEHICLE** outfitted in the same way for the same purpose - to artfully conceal and transport narcotics, monetary proceeds and firearms during his travels. As shown above, probable cause exists that DELEON MEDINA is a high-ranking member of the DTO LKM and continues to be involved with narcotics trafficking, sales, and distribution by, in part, using the **SUBJECT VEHICLE** as a mode of transportation. I respectfully submit that probable cause exists to authorize the installation and monitoring of a tracking device on a maroon Honda Element, bearing Pennsylvania license plate MRF2419, with vehicle identification number 5J6YH189X7L010381 (the "**SUBJECT VEHICLE**").


Respectfully submitted,


 /s/ Franklin Fernandez_____
Franklin Fernandez
Special Agent
ATF


Subscribed and sworn to by
telephonic means on, _____

2025:

_____
HON. CAROLINE GOLDNER CIQUANTO
UNITED STATES MAGISTRATE JUDGE